## MAYER v. RUSK, SECRETARY OF STATE.

No. 746.   Decided June 22, 1964.

*David Carliner, Francis Heisler, Oliver Stone* and *Jack Wasserman* for appellant.

*Solicitor General Cox* for appellee.

Per Curiam.

The judgment is vacated and the case is remanded to the District Court for consideration in light of *Aptheker* v. *Secretary of State, ante,* p. 500.

Mr. Justice Clark, Mr. Justice Harlan and Mr. Justice White would affirm the judgment.